# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 03, 2020

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

          Re: Case No. 20-1035, *Judith Barrett v. Patricia Carter, et al*
               Originating Case No. : 2:18-cv-11121

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                                                  Sincerely yours,

                                                  s/Ryan E. Orme
                                                  Case Manager
                                                  Direct Dial No. 513-564-7079

cc: Mr. Ronald W. Chapman Sr.
     Mr. Kevin J. O'Dowd
     Mr. Matthew Gregory Swartz

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 20-1035

_____

Filed: September 03, 2020

JUDITH BARRETT

    Plaintiff - Appellant

v.

PATRICIA A. CARTER; BRENDA J. EATON; KIMBERLY MCGUIRE; SAVITHRI KAKANI; JANET CAMPBELL; LORI KOPKA; JOHN R. SOLOMONSON; SARA E. MILLER, In Their Individual Capacities; KIMBERLY A. KORTE

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 08/12/2020 the mandate for this case hereby issues today.

COSTS: None